IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | |
| | * | BKRTCY. NO. 13-10377 BKT |
| JAVIER ORTIZ RODRIGUEZ | * | |
| RAQUEL RIVAS CORTES | * | CHAPTER 13 |
| | * | |
| DEBTORS | | |

**DEBTORS' MOTION CONCERNING AMENDMENT TO SCHEDULE "F"**

**TO THE HONORABLE COURT:**

**COME NOW, JAVIER ORTIZ RODRIGUEZ and RAQUEL RIVAS CORTES,** the debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. The debtors are hereby submitting **Amended Schedule "F"**, dated July 18, 2015, herewith and attached to this motion.

2. This amendment to Schedule "F" is filed to **include unsecured creditors AT&T Mobility Puerto Rico, Inc. ($520.44); CLARO ($184.41) FIRST BANK ($106.63/Overdraft); and LIBERTY Cablevision of PR ($638.55)**.

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

Page -2-
Notice of Amended Schedule "F"
Case no. 13-10377 BKT13

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached, specifically to the affected creditors as follows: **AT&T Mobility Puerto Rico, Inc., PO Box 536216 Atlanta GA 30353-6216; CLARO, PO Box 360998 San Juan PR 00936-0998; FIRST BANK, PO Box 9146 San Juan PR 00908-0146; and LIBERTY Cablevision of PR, PO Box 192296 San Juan PR 00919-2296**.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 20th day of July, 2015.

*/s/Roberto Figueroa Carrasquillo*
USDC #203614
***RFIGUEROA CARRASQUILLO LAW OFFICE, PSC***
ATTORNEY FOR PETITIONERS
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

B6F (Official Form 6F) (12/07)

IN RE **ORTIZ RODRIGUEZ, JAVIER & RIVAS CORTES, RAQUEL**     Case No. **3:13-bk-10377**
Debtor(s) (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3094** <br> **AT&T Mobility Puerto Rico, Inc,** <br> **PO BOX 536216** <br> **Atlanta, GA 30353-6216** | | J | **CLOSED CELLULAR ACCOUNT** | | | | 520.44 |
| ACCOUNT NO. **2882** <br> **Claro** <br> **Metro Office Park Piso 2** <br> **Guaynabo, PR 00966** | | H | **OPEN ACCOUNT OPENED 8/2013** | | | | 101.00 |
| ACCOUNT NO. **6556** <br> **Claro** <br> **Metro Office Park Piso 2** <br> **Guaynabo, PR 00966** | | W | **OPEN ACCOUNT OPENED 11/2009** | | | | 414.00 |
| ACCOUNT NO. **3483** <br> **Claro** <br> **PO Box 360998** <br> **San Juan, PR 00936-0998** | | J | **Cellular phone services/closed account** | | | | 184.41 |

**3** continuation sheets attached

Subtotal (Total of this page) $ **1,219.85**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE ORTIZ RODRIGUEZ, JAVIER & RIVAS CORTES, RAQUEL   Case No. 3:13-bk-10377
                        Debtor(s)                                   (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 8190<br>FIRST BANK<br>PO Box 9146<br>San Juan, PR 00908-0146 | | J | Overdraft closed deposit account | | | | 106.63 |
| ACCOUNT NO. 2330<br>First Bank Of Puerto Rico<br>PO Box 13200<br>San Juan, PR 00908-3200 | | H | INSTALLMENT ACCOUNT OPENED 10/2009 #Cta, 03336036 | | | | 4,999.00 |
| ACCOUNT NO.<br>OPERATING PARTNERS<br>PO BOX 194499<br>SAN JUAN, PR 00919-4499 | | | Assignee or other notification for:<br>First Bank Of Puerto Rico | | | | |
| ACCOUNT NO.<br>MIGUEL A MAZA & ASSOCIATES PSC<br>PO BOX 364028<br>HATO REY, PR 00936-4028 | | | Assignee or other notification for:<br>First Bank Of Puerto Rico | | | | |
| ACCOUNT NO. 8524<br>Liberty Cablevision Of PR<br>PO Box 192296<br>SAN JUAN, PR 00919-2296 | | J | Cable TV Services | | | | 638.65 |
| ACCOUNT NO. 9751<br>National Payment Center<br>PO Box 105028<br>Atlanta, GA 30348-5028 | | J | | | | | 6,056.49 |
| ACCOUNT NO.<br>Pioneer Credit Recovery, Inc.<br>PO Box 99<br>Arcade, NY 14009-0099 | | | Assignee or other notification for:<br>National Payment Center | | | | |

Sheet no. 1 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 11,800.77

Total (Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

B6F (Official Form 6F) (12/07) - Cont.

IN RE ORTIZ RODRIGUEZ, JAVIER & RIVAS CORTES, RAQUEL         Case No. 3:13-bk-10377
                          Debtor(s)                                    (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4127<br>Nca<br>327 W 4th Ave<br>Hutchinson, KS 67501 | | W | OPEN ACCOUNT OPENED 0/ | | | | 1,512.00 |
| ACCOUNT NO. 1086<br>Nys Higher Ed Services<br>99 Washington Ave<br>Albany, NY 12210 | | H | INSTALLMENT ACCOUNT OPENED 10/2011 | | | | 15,478.00 |
| ACCOUNT NO. 1168<br>Portfolio Recvry&affil<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | H | OPEN ACCOUNT OPENED 9/2011 | | | | 555.00 |
| ACCOUNT NO. 1168<br>Sears/cbna<br>PO Box 6282<br>Sioux Falls, SD 57117 | | | REVOLVING ACCOUNT OPENED 10/1997 | | | | 1,154.00 |
| ACCOUNT NO. 3036<br>T- Mobile<br>PO Box 660252<br>DALLAS, TX 75266-0252 | | W | Cellular phone services | | | | 800.00 |
| ACCOUNT NO. 5257<br>T-mobile<br>12920 Se 38th Stre<br>Bellevue, WA 98006 | | W | OPEN ACCOUNT OPENED 5/2011 | | | | 203.43 |
| ACCOUNT NO.<br>CRESCA CORP<br>PMB 92<br>PO BOX 71325<br>SAN JUAN, PR 00936-8425 | | | Assignee or other notification for:<br>T-mobile | | | | |

Sheet no. 2 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 19,702.43

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE ORTIZ RODRIGUEZ, JAVIER & RIVAS CORTES, RAQUEL  Case No. 3:13-bk-10377
Debtor(s)  (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. (See Instructions Above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 7797<br>U S Dept Of Ed/gsl/atl<br>PO Box 4222<br>Iowa City, IA 52244 | | H | INSTALLMENT ACCOUNT OPENED 9/2008 | | | | 3,407.00 |
| ACCOUNT NO. 5966<br>U S Dept Of Ed/gsl/atl<br>PO Box 4222<br>Iowa City, IA 52244 | | H | INSTALLMENT ACCOUNT OPENED 3/2009 | | | | 1,466.00 |
| ACCOUNT NO. 3010<br>VAPR Federal Credit Union<br>PO Box 33017 Veterans Plaza Station<br>San Juan, PR 00933 | | H | REVOLVING ACCOUNT OPENED 10/2005 | | | | 9,921.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. 3 of 3 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 14,794.00

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 47,517.05

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

**IN RE** ORTIZ RODRIGUEZ, JAVIER & RIVAS CORTES, RAQUEL          Case No. **3:13-bk-10377**
Debtor(s)                                                                                          (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

[handwritten: Sch. "F"]

Date: **July 18, 2015**     Signature: _Javier Ortiz Rodriguez_
                                        JAVIER ORTIZ RODRIGUEZ                                                            Debtor

Date: **July 18, 2015**     Signature: _Raquel Rivas Cortes_
                                        RAQUEL RIVAS CORTES                                                (Joint Debtor, if any)
                                                                                            [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____        _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____        _____
Signature of Bankruptcy Petition Preparer                                                   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____        Signature: _____

                                                                            _____
                                                                            (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Label Matrix for local noticing
0104-3
Case 13-10377-BKT13
District of Puerto Rico
Old San Juan
Mon Jul 20 15:35:40 AST 2015

COOP A/C CAGUAS
PO BOX 1252
CAGUAS, PR 00726-1252

MIDLAND FUNDING LLC BY AMERICAN INFOSOURCE L
ATTN DEPARTMENT 1
PO BOX 4457
HOUSTON, TX 77210-4457

TOYOTA MOTOR CREDIT CORPORATION
MARTINEZ & TORRES LAW OFFICES PSC
PO BOX 192938
SAN JUAN, PR 00919-3409

VAPR FEDERAL CREDIT UNION
RAMOS & BAGUE LAW OFFICE
PO BOX 306
CAGUAS, PR 00726-0306

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

CRESCA CORP
PMB 92
PO BOX 71325
SAN JUAN, PR 00936-8425

Claro
Metro Office Park Piso 2
Guaynabo, PR 00966

Coop Caguas
PO Box 1252
Caguas, PR 00726-1252

ECMC
P.O. Box 16408
St. Paul, MN 55116-0408

First Bank Of Puerto Rico
PO Box 13200
San Juan, PR 00908-3200

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

MIGUEL A MAZA & ASSOCIATES PSC
PO BOX 364028
HATO REY, PR 00936-4028

Midland Funding LLC
by American InfoSource LP as agent
ATTN: Department 1
PO Box 4457
Houston, TX 77210-4457

National Payment Center
PO Box 105028
Atlanta, GA 30348-5028

Nca
327 W 4th Ave
Hutchinson, KS 67501-4842

Nys Higher Ed Services
99 Washington Ave
Albany, NY 12210-2822

PR ACQUISITIONS LLC
PO BOX 194499
SAN JUAN PR 00919-4499

Pioneer Credit Recovery, Inc.
PO Box 99
Arcade, NY 14009-0099

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Portfolio Recvry&affil
120 Corporate Blvd Ste 1
Norfolk, VA 23502-4962

Sears/cbna
PO Box 6282
Sioux Falls, SD 57117-6282

T-mobile
12920 Se 38th Stre
Bellevue, WA 98006-7305

TCPR - Toyota Credit de Puerto Rico
P.O. Box 366251
San Juan, Puerto Rico 00936-6251

Toyota Motor Credit Co
300 Las Cumbres Ave Ste
Rio Piedras, PR 00926

U S Dept Of Ed/gsl/atl
PO Box 4222
Iowa City, IA 52244

VAPR FEDERAL CREDIT UNION
C/O RAMOS & BAGUE LAW OFFICE
PO BOX 306
CAGUAS PR 00726-0306

VAPR Federal Credit Union
PO Box 33017  Veterans Plaza Station
San Juan, PR 00933-3017

ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS CHAPTER 13 TRUS
PO BOX 9024062
SAN JUAN, PR 00902-4062

JAVIER ORTIZ RODRIGUEZ
VILLA DEL REY 4ta SECCION
G 36 CALLE 3 A
CAGUAS, PR 00725

| | | |
|---|---|---|
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | RAQUEL RIVAS CORTES<br>VILLA DEL REY 4ta SECCION<br>G 36 CALLE 3 A<br>CAGUAS, PR 00725<br><br>AT&T Mobility Puerto Rico, Inc,<br>PO BOX 536216<br>Atlanta, GA 30353-6216 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186<br><br>Claro<br>PO Box 360998<br>San Juan, PR 00936-0998 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-9617 | Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients 32<br>Bypassed recipients 0<br>Total 32 |
| **FIRST BANK**<br>PO Box 9146<br>San Juan, PR 00908-0146 | **Liberty Cablevision Of PR**<br>PO Box 192296<br>SAN JUAN, PR 00919-2296 | |